AO 10*
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Freeman, Beth L. | U.S. District Court, Northern District of California | 04/29/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active Status | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

U. S. District Court
280 South First St.
San Jose, CA 95113

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Governors | Association of Business Trial Lawyers |
| 2. | Director | Junior Statesmen Foundation |
| 3. | Co-Trustee | Freeman Family Trust |
| 4. | Director | Federal Practice Program |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1983 | San Mateo County Employees Retirement Association - Pension |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freeman, Beth L.. | 04/29/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | San Mateo County Employees' Retirement Association - Pension | $80,874.12 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Association of Business Trial Lawyers | March 31-April 2, 2017 | Monterey, CA | Board of Directors meeting | Transportation, meals, lodging |
| 2. | American Bar Association | October 11, 2017 | Long Beach, CA | Presentation to conference | Transportation, meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freeman, Beth L. | 04/29/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Freeman Aggregate (H) | | | | | | | | | |
| 2. - DFA US Core Equity 1 Institutional | A | Dividend | K | T | | | | | |
| 3. - SPDR S&P 500 ETF | D | Dividend | N | T | | | | | |
| 4. - Schwab Total Stock Market Index Fund | A | Dividend | K | T | | | | | |
| 5. - Vanguard Dividend Appreciation ETF | B | Dividend | L | T | | | | | |
| 6. - Vanguard Growth Index Fund Investor Shares | A | Dividend | K | T | | | | | |
| 7. - Vanguard Total Stock Market ETF | D | Dividend | N | T | | | | | |
| 8. - BMO Small-Cap Growth Fund | | None | | | Sold | 05/01/17 | J | | |
| 9. - John Hancock Disciplined Value Mid Cap Fund | | None | | | Buy (add'l) | 01/09/17 | K | | |
| 10. | | | | | Sold | 05/01/17 | M | | |
| 11. - Touchstone Small Cap Core Fund | | None | | | Buy (add'l) | 01/09/17 | K | | |
| 12. | | | | | Buy (add'l) | 01/24/17 | K | | |
| 13. | | | | | Sold | 05/01/17 | M | | |
| 14. - Voya MidCap Opportunities Fund | | None | | | Buy (add'l) | 01/09/17 | K | | |
| 15. | | | | | Buy (add'l) | 01/24/17 | K | | |
| 16. | | | | | Sold | 05/01/17 | M | | |
| 17. - Artisan International Fund Advisor Class | B | Dividend | M | T | Buy (add'l) | 01/09/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freeman, Beth L. | 04/29/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 05/16/17 | M | | |
| 19. - Dodge & Cox International Stock Fund | C | Dividend | M | T | Buy (add'l) | 01/09/17 | J | | |
| 20. | | | | | Sold (part) | 05/17/17 | M | | |
| 21. - Oberweis International Opportunities Fund | | None | | | Buy (add'l) | 01/09/17 | K | | |
| 22. | | | | | Sold (part) | 05/18/17 | M | | |
| 23. - Vanguard FTSE All World ex-US ETF | A | Dividend | K | T | | | | | |
| 24. - Vanguard FTSE Developed Markets ETF | B | Dividend | L | T | | | | | |
| 25. - iShares MSCI Pacific ex-Japan ETF | B | Dividend | K | T | | | | | |
| 26. - Ashmore Emerging Markets Frontier Equity Fund | B | Dividend | J | T | Buy (add'l) | 01/09/17 | J | | |
| 27. | | | | | Sold (part) | 06/09/17 | M | | |
| 28. - Driehaus Frontier Emerging Markets Fund | | None | | | Buy (add'l) | 01/09/17 | J | | |
| 29. | | | | | Sold | 06/09/17 | M | | |
| 30. - Angel Oak Flexible Income Fund | E | Dividend | | | Sold | 09/22/17 | O | | |
| 31. - Stone Ridge All Asset Variance Risk Premium Fund | G | Dividend | P1 | T | | | | | |
| 32. - FPA Crescent Fund | B | Dividend | K | T | | | | | |
| 33. - Glenmede Secured Options Portfolio | E | Dividend | O | T | Sold (part) | 11/21/17 | J | | |
| 34. | | | | | Sold (part) | 12/13/17 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freeman, Beth L. | 04/29/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Stone Ridge Reinsurance Risk Premium Fund | A | Dividend | O | T | Buy (add'l) | 12/14/17 | M | | |
| 36. - RiverPark Short Term High Yield Fund | E | Dividend | O | T | | | | | |
| 37. - Shenkman Short Duration High Income | E | Dividend | O | T | Sold (part) | 01/18/17 | K | | |
| 38. - DoubleLine Total Return Bond Fund | E | Dividend | P1 | T | | | | | |
| 39. - Voya Securitized Credit Fund | E | Dividend | O | T | Sold (part) | 01/18/17 | K | | |
| 40. - Schwab AMT Tax-Free Money Market Fund (Y) | | | | | | | | | |
| 41. - Schwab U.S. Treasury Money Market Fund | A | Interest | L | T | Buy (add'l) | 01/06/17 | M | | |
| 42. | | | | | Buy (add'l) | 01/09/17 | J | | |
| 43. | | | | | Sold (part) | 01/10/17 | M | | |
| 44. | | | | | Buy (add'l) | 01/18/17 | J | | |
| 45. | | | | | Buy (add'l) | 01/19/17 | J | | |
| 46. | | | | | Buy (add'l) | 01/20/17 | K | | |
| 47. | | | | | Sold (part) | 01/25/17 | K | | |
| 48. | | | | | Sold (part) | 01/26/17 | K | | |
| 49. | | | | | Buy (add'l) | 02/01/17 | J | | |
| 50. | | | | | Buy (add'l) | 02/16/17 | J | | |
| 51. | | | | | Buy (add'l) | 02/17/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freeman, Beth L. | 04/29/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 03/10/17 | J | | |
| 53. | | | | | Buy (add'l) | 03/31/17 | J | | |
| 54. | | | | | Buy (add'l) | 04/03/17 | J | | |
| 55. | | | | | Buy (add'l) | 04/18/17 | J | | |
| 56. | | | | | Sold (part) | 04/26/17 | K | | |
| 57. | | | | | Buy (add'l) | 05/01/17 | J | | |
| 58. | | | | | Buy (add'l) | 05/02/17 | J | | |
| 59. | | | | | Buy (add'l) | 05/03/17 | M | | |
| 60. | | | | | Sold (part) | 05/04/17 | M | | |
| 61. | | | | | Buy (add'l) | 05/16/17 | J | | |
| 62. | | | | | Buy (add'l) | 05/18/17 | M | | |
| 63. | | | | | Sold (part) | 05/19/17 | J | | |
| 64. | | | | | Sold (part) | 05/22/17 | M | | |
| 65. | | | | | Buy (add'l) | 06/09/17 | J | | |
| 66. | | | | | Buy (add'l) | 06/28/17 | J | | |
| 67. | | | | | Buy (add'l) | 07/03/17 | J | | |
| 68. | | | | | Buy (add'l) | 07/11/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freeman, Beth L. | 04/29/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 07/17/17 | J | | |
| 70. | | | | | Sold (part) | 07/27/17 | K | | |
| 71. | | | | | Buy (add'l) | 08/01/17 | J | | |
| 72. | | | | | Buy (add'l) | 08/16/17 | J | | |
| 73. | | | | | Buy (add'l) | 08/18/17 | J | | |
| 74. | | | | | Buy (add'l) | 09/15/17 | J | | |
| 75. | | | | | Buy (add'l) | 09/28/17 | J | | |
| 76. | | | | | Buy (add'l) | 10/02/17 | J | | |
| 77. | | | | | Buy (add'l) | 10/17/17 | J | | |
| 78. | | | | | Sold (part) | 10/27/17 | K | | |
| 79. | | | | | Buy (add'l) | 11/01/17 | J | | |
| 80. | | | | | Sold (part) | 11/15/17 | M | | |
| 81. | | | | | Buy (add'l) | 11/16/17 | J | | |
| 82. | | | | | Buy (add'l) | 11/17/17 | J | | |
| 83. | | | | | Buy (add'l) | 11/24/17 | J | | |
| 84. | | | | | Buy (add'l) | 12/05/17 | J | | |
| 85. | | | | | Buy (add'l) | 12/15/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freeman, Beth L. | 04/29/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 12/28/17 | J | | |
| 87. - Schwab Government Money Market Fund | A | Interest | J | T | Buy (add'l) | 01/05/17 | J | | |
| 88. | | | | | Sold (part) | 01/10/17 | K | | |
| 89. | | | | | Buy (add'l) | 01/19/17 | J | | |
| 90. | | | | | Sold (part) | 01/20/17 | J | | |
| 91. | | | | | Buy (add'l) | 05/18/17 | J | | |
| 92. | | | | | Buy (add'l) | 05/19/17 | J | | |
| 93. | | | | | Sold (part) | 05/22/17 | J | | |
| 94. | | | | | Buy (add'l) | 05/26/17 | K | | |
| 95. | | | | | Sold (part) | 05/30/17 | K | | |
| 96. | | | | | Buy (add'l) | 09/25/17 | K | | |
| 97. | | | | | Sold (part) | 09/26/17 | K | | |
| 98. | | | | | Buy (add'l) | 12/14/17 | J | | |
| 99. | | | | | Sold (part) | 12/15/17 | J | | |
| 100. - AT&T Inc New Common Stock | B | Dividend | K | T | | | | | |
| 101. - AbbVie Inc Common Stock | B | Dividend | K | T | | | | | |
| 102. - Abbott Laboratories Common Stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freeman, Beth L.. | 04/29/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - American International Group Common Stock | A | Dividend | K | T | | | | | |
| 104. - Apple Inc Common Stock | D | Dividend | N | T | | | | | |
| 105. - CVS Corporation Common Stock | C | Dividend | M | T | | | | | |
| 106. - Coca Cola Co. Common Stock | C | Dividend | M | T | | | | | |
| 107. - Colgate-Palmolive Co. Common Stock | A | Dividend | K | T | | | | | |
| 108. - Comcast Corp. New Common Stock | C | Dividend | M | T | | | | | |
| 109. - International Business Machines Common Stock | A | Dividend | J | T | Sold (part) | 05/01/17 | K | C | |
| 110. - Marathon Petroleum Corp Common Stock | A | Dividend | K | T | | | | | |
| 111. - MasterCard Inc Common Stock | A | Dividend | L | T | | | | | |
| 112. - McDonald Corp Common Stock | B | Dividend | L | T | | | | | |
| 113. - Mircosoft Corp Common Stock | D | Dividend | N | T | | | | | |
| 114. - Pepsico, Inc Common Stock | D | Dividend | M | T | | | | | |
| 115. - Proctor & Gamble Co Common Stock | C | Dividend | M | T | | | | | |
| 116. - Rite Aid Corp Common Stock | | None | | | Sold | 12/13/17 | J | | |
| 117. - Sonic Corp Common Stock | A | Dividend | J | T | | | | | |
| 118. - Spectrum Brands Holdings Inc Common Stock | A | Dividend | J | T | | | | | |
| 119. - TJX Companies Inc Common Stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Freeman, Beth L. | 04/29/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Target Corporation Common Stock | A | Dividend | | | Sold | 05/01/17 | J | B | |
| 121. - Visa, Inc Common Stock | B | Dividend | M | T | | | | | |
| 122. - Wal-Mart Stores Inc Common Stock | A | Dividend | K | T | | | | | |
| 123. - Walgreens Boots Alliance Inc Common Stock | A | Dividend | K | T | | | | | |
| 124. - FSC Retreat at Conroe, Conroe, TX (2014 $75,000) | D | Rent | L | W | | | | | |
| 125. - FSC Estates at Canyon Ridge, San Antonio, TX (2014 $75,000) | B | Rent | L | W | | | | | |
| 126. - FSC Vista Sureno, Phoenix, AZ (2015 $75,000) | D | Rent | L | W | | | | | |
| 127. - FSC Granada Hills, Los Angeles, CA (2015 $75,000) | C | Rent | L | W | Distributed (part) | 07/10/17 | K | | |
| 128. - FSC Brightwater, Seattle, WA (2016 $75,000) | C | Rent | L | W | | | | | |
| 129. - FSC La Paloma, Alburquerque, NM (2016 $75,000) | C | Rent | L | W | | | | | |
| 130. - FSC Still Waters, Austin, TX (2017 $125,000) | | None | M | W | Buy | 11/14/17 | M | | |
| 131. - Guggenheim Macro Opportunities Fund | C | Dividend | O | T | Buy | 09/25/17 | O | | |
| 132. - Elements US Small Cap Portfolio | C | Dividend | N | T | Buy | 05/02/17 | M | | |
| 133. | | | | | Buy (add'l) | 05/03/17 | M | | |
| 134. - Elements International Portfolio | D | Dividend | N | T | Buy | 05/17/17 | M | | |
| 135. | | | | | Buy (add'l) | 05/18/17 | M | | |
| 136. - Elements International Small Cap Portfolio | D | Dividend | N | T | Buy | 05/19/17 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freeman, Beth L. | 04/29/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 05/26/17 | M | | |
| 138.  - Elements Emerging Markets Portfolio | E | Dividend | N | T | Buy | 06/12/17 | M | | |
| 139. | | | | | Buy (add'l) | 06/27/17 | M | | |
| 140.  Charitable Gift Account (H) | | | | | | | | | |
| 141.  - Schwab Charitable Equity Index Pool | | None | J | T | Sold (part) | 03/27/17 | J | | |
| 142.  - Schwab Charitable Income Pool | | None | J | T | Sold (part) | 03/27/17 | J | | |
| 143.  - Schwab Charitable International Pool | | None | J | T | Sold (part) | 03/27/17 | J | | |
| 144.  - Schwab Charitable Money Market Pool | | None | J | T | Sold (part) | 03/27/17 | J | | |
| 145.  - Schwab Charitable Short Term Income Pool | | None | K | T | Sold (part) | 03/27/17 | J | | |
| 146. | | | | | Sold (part) | 04/26/17 | J | | |
| 147. | | | | | Sold (part) | 08/04/17 | J | | |
| 148.  New Heights Associates LLC (inherited) | | None | M | W | | | | | |
| 149.  Jones Day Capital Account | D | Int./Div. | J | U | Sold (part) | 12/31/17 | M | | |
| 150.  Jones Day 2015 Fund | E | Int./Div. | N | U | | | | | |
| 151.  Wells Fargo Bank | A | Int./Div. | N | U | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,000 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Freeman, Beth L. | 04/29/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

III.B  Spouse retired on December 31, 2016.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Beth L. Freeman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544